November 02, 2007

Mr. Michael David Springer
#1296395
Ramsey I Unit Trusty Camp
1100 FM 6500
Rosharon, TX 77583
Mr. Patrick Gordon Barkman
13th North Main Street
PO Box 1063
Cleburne, TX 76033

RE: Case Number: 06-0382
 Court of Appeals Number: 10-06-00040-CV
 Trial Court Number: D200500062

Style: MICHAEL DAVID SPRINGER
 v.
 LISA FERGASON SPRINGER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Curtis H. Douglas |
| |Ms. Sharri Roessler |
| |Ms. Marjolyn Carol |
| |Gardner |